## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **PHILLIP TURNER AND** | § | |
| **JAMES WHITE** | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. 9:23-CV-0065** |
| **CITY OF CORRIGAN, OFFICER** | § | |
| **ALBERT L. RICHARD, OFFICER** | § | |
| **FITZPATRICK D. FOSTER,** | § | |
| **OFFICER TRACY M. BROWN AND** | § | |
| **OFFICER JONATHAN D.** | § | |
| **REYNOLDS** | § | |

## ORDER GRANTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

On this day came on to be heard Rule 12(b)(6) Motion to Dismiss of Defendants and the Court, after reviewing said motion, as well as any response thereto, finds that said motion should be and hereby is GRANTED in all things. ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Rule 12(b)(6) Motion to Dismiss of Defendants is GRANTED and Plaintiffs' Complaint, Request for Trial & Jury Demand is DISMISSED.

IT IS SO ORDERED.