IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER and JAMES WHITE, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF CORRIGAN, | § | CIVIL ACTION NO. 9:23-CV-00065 |
| OFFICER ALBERT L. RICHARD, | § | JUDGE MICHAEL J. TRUNCALE |
| OFFICER FITZPATRICK D. FOSTER, | § | |
| OFFICER TRACY M. BROWN, and | § | |
| OFFICER JONATHAN D. REYNOLDS, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ON CLOSING DOCUMENTS**

The Court has received a Mediator's Report [Dkt. 18] indicating that this matter was mediated on September 21, 2023 which result in a settlement.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **October 31, 2023. If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 22nd day of September, 2023.**

_____
Michael J. Truncale
United States District Judge