IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PHILLIP TURNER and JAMES WHITE, § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 9:23-CV-00065 |
| CITY OF CORRIGAN, § | JUDGE MICHAEL J. TRUNCALE |
| OFFICER ALBERT L. RICHARD, § | |
| OFFICER FITZPATRICK D. FOSTER, § | |
| OFFICER TRACY M. BROWN, and § | |
| OFFICER JONATHAN D. REYNOLDS, § | |
| § | |
| *Defendants.* § | |

## **ORDER GRANTING JOINT MOTION TO WITHDRAW REQUEST FOR ENTRY OF JUDGMENT**

Before the Court is the Parties' Joint Motion to Withdraw Request for Entry of Judgment [Dkt. 23]. On October 27, 2023, the Parties filed their Joint Motion for Entry of Consent Judgment [Dkt. 21], requesting that the Court enter a proposed order. After considering the motion and other pleadings and applicable law, the Court issued the Order Setting Telephonic Status Conference [Dkt. 22]. During the conference that took place on November 17, 2023, the Parties advised the Court that they will file a revised Joint Motion for Entry of Consent Judgment within twenty days from the date of the conference. Subsequently, the Parties filed the Revised Joint Motion for Entry of Consent Judgment [Dkt. 24]. The parties also filed the Joint Motion to Withdraw Request for Entry of Judgment, asking that the Court not enter the proposed judgment as requested in the Joint Motion for Entry of Consent Judgment. After considering the Parties' motion and reviewing the pleadings on file and all applicable law, the Court grants the Joint Motion to Withdraw Request for Entry of Judgment.

It is therefore **ORDERED** that the Parties' Joint Motion to Withdraw Request for Entry of Judgment [Dkt. 23] is hereby **GRANTED**.

It is further **ORDERED** that the Joint Motion for Entry of Consent Judgment [Dkt. 21] is hereby **TERMINATED** and **WITHDRAWN**.

**SIGNED this 8th day of December, 2023.**

_____
Michael J. Truncale
United States District Judge