IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PHILLIP TURNER and JAMES WHITE, § § *Plaintiffs,* § § VS. § § CITY OF CORRIGAN, § OFFICER ALBERT L. RICHARD, § OFFICER FITZPATRICK D. FOSTER, § OFFICER TRACY M. BROWN, and § OFFICER JONATHAN D. REYNOLDS, § § *Defendants.* § | CIVIL ACTION NO. 9:23-CV-00065 JUDGE MICHAEL J. TRUNCALE |

**PERMANENT INJUNCTION**

Before the Court is the Parties' Revised Joint Motion for Entry of Consent Judgment [Dkt. 24]. In consideration of the arguments presented in the motion, the Court **GRANTS** the same and enters the following Permanent Injunction:

It is therefore **ORDERED** that the City of Corrigan is enjoined from enforcing the ordinance made the basis of this suit against Plaintiffs Phillip Turner and James White, said ordinance being specifically identified as Ordinance 2021-07-04, Chapter 8 Section 600, previously enacted on July 20, 2021, and repealed on July 30, 2021.

It is further **ORDERED** that this judgment bars any present or future claims or suits against any past, present, or future employee, elected official, officer, representative or attorney of or for each and every Defendant herein relating to the referenced Ordinance and the alleged stop, detention or arrest, and seizure of property, or First Amendment claims of retaliation or otherwise, of Plaintiffs Phillip Turner and James White.

It is further **ORDERED** that all relief not expressly granted herein is denied, and that all claims of Plaintiffs against the City of Corrigan and the remaining Defendants, Albert Richard, Fitzpatrick

Foster, Tracy Brown, and Jonathan Reynolds are **DISMISSED WITH PREJUDICE** to the refiling of the same.

This judgment does not include a finding of liability.

**SIGNED this 8th day of December, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge